# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

NIAJAH DEEDS, A MINOR BY HER
LEGAL GUARDIAN, JULIA RENZULLI,

            Respondent

            v.

UNIVERSITY OF PENNSYLVANIA
MEDICAL CENTER, HOSPITAL OF THE
UNIVERSITY OF PENNSYLVANIA AND
TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA,

            Petitioners

: No. 262 EAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2015, the June 12, 2015 Order is **VACATED**, and the Petition for Allowance of Appeal is dismissed as **MOOT**.